UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Raciel Zaldivar Proenza,

Plaintiff,

vs. ORDER

Ken Tidwell, et al.,

Defendant. Civ. No. 00-2769(DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That the Plaintiff's Application to Proceed in forma pauperis [Docket No. 2] is denied.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: January 31, 2001
At St. Paul, Minnesota

JAN 31 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK