**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RACIEL ZALDIVAR PROEUZA,

Plaintiff,

v.

KENNETH TIDWELL, sued as Ken Tidwell; GURNEZ & DAVIS; MCF - RUSH CITY; MINNESOTA DEPARTMENT OF CORRECTIONS; GREG SMITH; MICHAEL PARK; BERT MOHS; and SHERYL RAMSTAD HVASS,

Defendants.

Civil No. 00-2769 (DWF/RLE)

**ORDER OF DISMISSAL**

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, for failure to prosecute.

Dated: March 5, 2001

DONOVAN W. FRANK
Judge of United States District Court

(6)

Filed MAR 0 5 2001
Francis E. Dosal, Clerk
Judgment Entered ____
Deputy Clerk's Initials JEM